[No. 71810-0-I. Division One. July 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN GARRY KRONA, *Appellant*.

 by unpublished opinion per Trickey, J., concurred in by Schindler and Leach, JJ.

[No. 71867-3-I. Division One. July 27, 2015.]

RED LETTER MINISTRIES, *Appellant*, v. THE CITY OF NORTH BEND, *Respondent*.

 by unpublished opinion per Becker, J., concurred in by Schindler and Lau, JJ.

[No. 71899-1-I. Division One. July 27, 2015.]

*In the Matter of the Parenting and Support of* O.E.D.

EVELINA BARHUDARIAN, *Appellant*, v. ANDREW BERNARD DANHOF, *Respondent*.